## MOISES CONTRERAS *v.* COMMISSIONER OF CORRECTION

The petitioner Moises Contreras' petition for certification for appeal from the Appellate Court, 118 Conn. App. 905 (AC 30160), is denied.

*Anthony J. Musto*, special public defender, in support of the petition.

*Adam E. Mattei*, special deputy assistant state's attorney, in opposition.

Decided February 17, 2010

## STATE OF CONNECTICUT *v.* KWEKU HANSON

The defendant's petition for certification for appeal from the Appellate Court, 117 Conn. App. 436 (AC 29623), is denied.

*Kweku Hanson*, pro se, in support of the petition.

*Timothy F. Costello*, deputy assistant state's attorney, in opposition.

Decided February 25, 2010

## 418 MEADOW STREET ASSOCIATES, LLC *v.* ONE SOLUTION SERVICES, LLC

The defendant's petition for certification for appeal from the Appellate Court, 117 Conn. App. 651 (AC 29856), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*David Eric Ross*, in support of the petition.

*William J. Kupinse, Jr.*, and *Andrew M. McPherson*, in opposition.

Decided February 25, 2010